ACCEPTED
01-15-00818-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 10:14:24 PM
CHRISTOPHER PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 7071843
By: TONI MERINO
Filed: 9/24/2015 10:14:24 AM

NO. 2014-30215

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § | IN THE DISTRICT COURT OF |
| | § | |
| EVANGELINA LOPEZ GUZMAN | § | 1st COURT OF APPEALS |
| ZARAGOZA, | § | HOUSTON, TEXAS |
| | § | |
| | § | 9/30/2015 2:19:49 PM |
| AND | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| | § | |
| MIGUEL ZARAGOZA FUENTES and CO- | § | |
| RESPONDENTS, ELSA ESTHER | § | |
| CARRILLO ANCHONDO, ROBERT DALE | § | HARRIS COUNTY, TEXAS |
| BAUCOM, ERNESTO CARRILLO, | § | |
| RAOUL GISLER, EVANGELINA | § | |
| ZARAGOZA LOPEZ, MYRNA ALICIA | § | |
| ZARAGOZA LOPEZ, ABBINGDON | § | |
| MARINE, INC., CADOGAN PROPERTIES, | § | |
| INC., DADE AVIATION, INC., EZAR | § | |
| MANAGEMENT, L.L.C., EZAR | § | |
| PROPERTIES, L.P., TEXAS LPG | § | |
| STORAGE COMPANY, AND TEXAS | § | |
| OVERSEAS GAS CORP. | § | |
| | § | 245TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 2:19:49 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Subject to his previously filed special appearance, and subject to all jurisdictional arguments previously asserted, Respondent, Miguel Zaragoza Fuentes, intends to appeal the trial court's order captioned, "Clarifications and Additional Injunctions for Temporary Orders," signed on September 2, 2015, pursuant to Rules 25.1(d) and 26.1(c) of the Texas Rules of Appellate Procedure. This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Texas. This is an appeal of a temporary injunction order and is accelerated.

CHAMBERLAIN, HRDLICKA, WHITE
WILLIAMS & AUGHTRY

By:     /s/  Kevin D. Jewell
        Kevin D. Jewell
        Texas Bar No. 00787769
        1200 Smith Street, Suite 1400
        Houston, Texas  77002
        (713) 658-1818 (Tel.)
        (713) 658-2553 (Fax)

        ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on this the 24th day of September, 2015 by electronic service, facsimile and/or certified mail, return receipt requested, or hand delivery, to the attorneys and/or parties listed below.

*Via electronic service*:
Jeanne Caldwell McDowell
Rebekah H. Birdwell
The Law Offices of Jeanne Caldwell McDowell
603 Avondale
Houston, Texas 77006

*Via electronic service*:
Mary Olga Lovett
Greenberg Traurig, L.L.P.
1000 Louisiana, Suite 1700
Houston, Texas 77002

*Via electronic service*:
J. Lindsey Short
Adam J. Morris
Short Carter Morris
1177 West Loop South, Suite 700
Houston, Texas  77027-9016

*Via electronic service*:
Ricardo L. Ramos
440 Louisiana Street, Suite 1450
Houston, Texas 77002

                /s/      Kevin D. Jewell
                Kevin D. Jewell